## 30586. WATERS v. WATERS.

HALL, Justice.

In this appeal from a proceeding to modify child custody, the first two enumerations of error are without merit because appellant procured or waived the errors of which she complains. *Haralson v. Moore,* 236 Ga. 132 (1976); *Kohler v. Kromer,* 234 Ga. 117, 118 (214 SE2d 551) (1975); *Jackson v. Gamble,* 232 Ga. 149, 152 (205 SE2d 256) (1974); *Rowe v. Rowe,* 228 Ga. 302, 303 (185 SE2d 69)

(1971). Any error which might have occurred as alleged in enumeration number 3 was harmless.

There was reasonable evidence supporting the decision of the superior court to transfer custody of the children to appellee, and therefore we will affirm. *Robinson v. Ashmore,* 232 Ga. 498 (207 SE2d 484) (1974).

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 15, 1976 — DECIDED FEBRUARY 2, 1976.

*Byrd, Groover & Buford, Garland T. Byrd, Denmark Groover, Jr.,* for appellant.

*Hendon, Egerton, Harrison, Glean & Kovacich, E. T. Hendon, Jr.,* for appellee.